

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00660-CV

**IN THE INTEREST OF J.A.E. JR.**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011CVQ002377-C3
Honorable Jesus Garza, Judge Presiding

# O R D E R

We **grant** the court reporter's motion for extension of time to file the record. We **order** the reporter's record due **December 18, 2014**. The reporter is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court